U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 17 2008

ROBERT H. SH[...], CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHERICIA WOODS | CIVIL ACTION NO. 07-1991-A |
| -vs- | JUDGE DRELL |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein; after an independent review of the entire record, including the objections filed herein; concurring with the Magistrate Judge's findings under the applicable law; and noting that, despite the Administrative Law Judge's gratuitous comments on page sixteen of the record, the Commissioner's ultimate conclusions are still supported by substantial evidence,

IT IS ORDERED that the final decision of the Commissioner is AFFIRMED, and that Woods's appeal is DENIED and DISMISSED WITH PREJUDICE.

SIGNED on this 17 day of September, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE